IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

BRIAN STEENHARD,                )
                                )
            Plaintiff,           )
                                )
v.                              )
                                )
KIRIL BASARGIN, *et al.*,        )
                                )   Case no. 3:15-cv-00183-HRH
            Defendants.          )
_____)

**JUDGMENT**

Plaintiff Brian Steenhard and *in personam* defendants Kiril Basargin, Evdokaya Basargin, Nazary Basargin, Infinite Enterprises, LLC and Infinite Legacy Enterprises, LLC having resolved this action and stipulated to entry of judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have judgment against Defendants Kiril Basargin, Evdokaya Basargin, Nazary Basargin, Infinite Enterprises, LLC and Infinite Legacy Enterprises, LLC jointly and severally as follows:

1. The principal sum of $15,000.00 shall be payable by July 30, 2017;
2. The unpaid balance shall bear interest at the rate of 8.0% per annum; and
3. Interest on the scheduled payment shall increase to 12.0% in the event of default on timely payment.

 December 23, 2016                     /s/H. Russel Holland
Date                                   H. Russel Holland
                                       U.S. District Judge