IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


BRIAN STEENHARD,         )
         )
         Plaintiff,   )
         )
    vs.         )
         )
KIRIL BASARGIN, et al.,        )
         )   No. 3:15-cv-0183-HRH
         Defendants.   )
_____)


ORDER OF DISMISSAL


    By a *Revised Stipulation*,[1] filed December 19, 2016, the parties made provision for the entry of judgment in this case and advised that once a judgment was issued, the parties would file a stipulation to dismiss the in rem defendant OCEAN ROVER without prejudice. A judgment was entered December 23, 2016,[2] and an amended judgment was entered January 26, 2017.[3]

    The court has repeatedly contacted counsel in an effort to secure their cooperation in concluding this case as to the in rem defendant OCEAN ROVER. Counsel have ignored the court's request that counsel effect the dismissal of OCEAN ROVER as they had agreed to do.

---

[1]Docket No. 59

[2]Docket No. 62.

[3]Docket No. 63.

ORDER OF DISMISSAL        - 1 -

<u>In rem</u> defendant OCEAN ROVER is hereby dismissed without prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this <u>30th</u> day of March, 2017.

/s/ H. Russel Holland
Senior United States District Judge

ORDER OF DISMISSAL                                                    - 2 -